1  SEAN P. NALTY (SBN 121253)
   **WILSON, ELSER, MOSKOWITZ,**
2  **    EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor,
3  San Francisco, CA 94105-2725
   Telephone: 415.433.0990
4  Facsimile: 415.434.1370

5  Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHRN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI TORGERSEN, M.D. | Case No. C-09-01228 EMC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** ; ORDER |
| THE PERMANENTE MEDICAL GROUP, INC.'S LONG TERM DISABILITY PLAN, | |
| Defendant. | Action Filed: |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Real Parties in Interest. | |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-144(a), by and between plaintiff Naomi Torgersen, M.D. and defendants Life Insurance Company of North America (referred herein as "LINA"), through their attorneys of record, as follows:

1.   The parties have agreed that defendants may have an extension to a date certain, including May 15, 2009 to answer or otherwise respond to the Complaint herein; and

---
1
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
CASE NO.: C09-01228 EMC
434867.1

2. This is the first extension and does not exceed thirty (30) days.

Dated: April ___, 2009    LAW OFFICES OF LAURENCE F. PADWAY

By: ____/s/ Laurence F. Padway____
       Laurence F. Padway.
       Attorneys for Plaintiff
       NAOMI TORGERSEN, M.D.

Dated: April ___, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ____/s/ Sean P. Nalty____
       SEAN P. NALTY
       Attorneys for Defendants
       LIFE INSURANCE COMPANY OF NORTH AMERICA

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

2
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
CASE NO.: C09-01228 EMC
434867.1

# CERTIFICATE OF SERVICE
*Naomi Torgersen, M.D. v. Life Insurance Company of North America; et al.*
*USDC NDCA Case #C09-01228 EMC*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

**XXX**: **Electronically** on the recipients designated on the court's website.

> Laurence F. Padway, SBN 89314
> Law Offices of Laurence F. Padway
> 1516 Oak Street, Suite 109
> Alameda, California 94501
> Tel: (510) 814-0680
> Fax: (510) 814-0650
> Attorney for Plaintiff, NAOMI TORGERSEN, M.D.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **April 16, 2009** at San Francisco, California.

*/s/ Stacey Muller*
Stacey Muller