SEAN P. NALTY (SBN 121253)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHRN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI TORGERSEN, M.D. | Case No. C-09-01228 EMC |
| Plaintiff, | |
| v. | **STIPULATION OF THE PARTIES RE: MOVING THE HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY IN THIS MATTER** ; ORDER |
| THE PERMANENTE MEDICAL GROUP, INC.'S LONG TERM DISABILITY PLAN, | |
| Defendant. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Real Parties in Interest. | |

Plaintiff, Naomi Torgersen, M.D. ("Plaintiff") has noticed a motion to compel discovery in this matter to be heard on September 9, 2009. Counsel for defendants has a conflict on September 9, 2009 and cannot attend the hearing on the motion. Accordingly, plaintiff, through her counsel, Laurence Padway, and defendants, through their counsel, Sean Nalty hereby stipulate to the following:

1. The hearing on plaintiff's motion to compel discovery, currently set for September 9, 2009, can hereby be moved to Wednesday, September 23, 2009.

1

STIPULATION OF THE PARTIES RE: MOVING THE HEARING DATE OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY
CASE NO.: C09-01228 EMC
471107.1

2. The parties further stipulate that plaintiff's reply brief will be due based on the new hearing date of September 23, 2009.

IT IS SO STIPULATED.

Dated: August 26, 2009

By: /s/ Laurence F. Padway
Laurence F. Padway.
Attorneys for Plaintiff
NAOMI TORGERSEN, M.D.

Dated: August 26, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
SEAN P. NALTY
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA

### ORDER

Based on the stipulation of the parties, plaintiff's motion to compel discovery, currently set for September 9, 2009 is hereby moved to September 23, 2009. at 10:30 a.m.  Plaintiff's reply to opposition due 9/4/09.

Dated: September 1, 2009

_____
The Honorable Edward M. Chen
Magistrate Judge of the United States District

# CERTIFICATE OF SERVICE
*Naomi Torgersen, M.D. v. Life Insurance Company of North America; et al.*
*USDC NDCA Case #C09-01228 EMC*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

STIPULATION OF THE PARTIES RE: MOVING THE HEARING DATE OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

**XXX**: **Electronically** on the recipients designated on the court's website.

> Laurence F. Padway, SBN 89314
> Law Offices of Laurence F. Padway
> 1516 Oak Street, Suite 109
> Alameda, California 94501
> Tel: (510) 814-0680
> Fax: (510) 814-0650
> Attorney for Plaintiff, NAOMI TORGERSEN, M.D.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **August 26, 2009** at San Francisco, California.

*Stacey Muller*

STIPULATION OF THE PARTIES RE: MOVING THE HEARING DATE OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY
CASE NO.: C09-01228 EMC
471107.1