1 | SEAN P. NALTY  (SBN #121253)
  | WILSON, ELSER, MOSKOWITZ,
2 |   EDELMAN& DICKER LLP
  | 525 Market Street, 17th Floor
3 | San Francisco, CA  94105
  | Telephone:     (415) 433-0990
4 | Facsimile:      (415) 434-1370

5 | Attorneys for Defendant
  | Life Insurance Company of
6 | North America

7 |

8 | Laurence F. Padway, #89314
  | Law Offices of Laurence F. Padway
9 | 1516 Oak Street, Suite 109
  | Alameda, California 94501
10 | Telephone: (510)814-0680
   | Facsimile : (510)814-0650

11 | Attorneys for plaintiff
12 |     Naomi Torgersen, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI TORGERSEN, .M.D., | CASE NO. C09-01228 EMC |
| Plaintiff, | STIPULATION AND (PR~~OPOS~~ED) ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| THE PERMANENTE MEDICAL GROUP, INC.'S LONG TERM DISABILITY PLAN, | |
| Defendant. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Real Parties in Interest. | |

Whereas, a status conference in the above matter has been scheduled for December 2, 2009 at 2:30 p.m.; and

Whereas, counsel for plaintiff will be out of state on vacation and unable to attend the status

Stipulation re Status Conference             1

conference;

Now, therefore, the parties stipulate to continue the status conference to December 23, 2009 at 2:30 p.m.   A Joint Status Conference Statement shall be filed by December 16, 2009.

IT IS SO STIPULATED.

Date: November 5, 2009   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   /s/
      Sean P. Nalty
      Attorneys for Defendant
      Life Insurance Company of
      North America

Date: November 5, 2009   LAW OFFICES OF LAURENCE F. PADWAY

By:   /s/
      Laurence F. Padway
      Attorneys for Plaintiff
      Naomi Torgersen, M.D.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:   11/12/09   By: _____
                       Honorable Edward M. Chen
                       United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Stipulation re Status Conference                 2