1    SEAN P. NALTY (SBN 121253)
     WILSON, ELSER, MOSKOWITZ,
2        EDELMAN & DICKER LLP
     525 Market Street, 17th Floor,
3    San Francisco, CA 94105-2725
     Telephone: 415.433.0990
4    Facsimile: 415.434.1370

5    Attorneys for Defendant
     THE PERMANENTE MEDICAL GROUP, INC'S LONG
6    TERM DISABILITY PLAN,
     and Real Party in Interest
7    LIFE INSURANCE COMPANY OF NORTH AMERICA

8
     LAURENCE F. PADWAY (SBN 89314)
9    LAW OFFICES OF LAURENCE F. PADWAY
     1516 Oak Street, Suite 109
10   Alameda, California 94501
     Telephone:  (510)814-0680
11   Facsimile : (510)814-0650

12   Attorneys for Plaintiff
     NAOMI TORGERSEN, M.D.
13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15

16   NAOMI TORGERSEN, M.D.              )  Case No. C-09-01228 EMC
                                        )
17            Plaintiff,                )
                                        )  **STIPULATION AND [PROPOSED]**
18       v.                             )  **ORDER TO CONTINUE CASE**
                                        )  **MANAGEMENT CONFERENCE**
19   THE PERMANENTE MEDICAL GROUP, INC.'S )
     LONG TERM DISABILITY PLAN,         )
20                                      )
              Defendant.                )
21   _____   )  Date:  December 23, 2009
                                        )  Time: 2:30 p.m.
22   LIFE INSURANCE COMPANY OF NORTH    )  Courtroom: C, 15th Floor
     AMERICA,                           )  Honorable Edward M. Chen
23                                      )
              Real Parties in Interest. )
24   _____   )

25        Plaintiff Naomi Torgersen, M.D., ("Plaintiff"), defendant The Permanente Medical Group,

26   Inc.'s Long Term Disability Plan ("Defendant") and real party in interest Life Insurance Company

27   of North America ("LINA") hereby submit this Stipulation to continue the case management

28
                                           1
     **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
     USDC NDCA Case # C-09-01228 EMC
     498947.1

1   conference scheduled to take place on December 23, 2009 at 2:30 p.m.

2   　　　　WHEREAS, at the last case management conference, the case was ordered to mediation.

3   　　　　WHEREAS, the mediation was scheduled and then continued to await the results of

4   Plaintiff's planned surgery, which would affect settlement discussions.

5   　　　　WHEREAS, Plaintiff's planned surgery was delayed both because of medical issues and

6   difficulty in procedures being authorized by Plaintiff's worker's compensation carrier.;

7   　　　　WHEREAS, the parties are currently working to reschedule the mediation in light of

8   Plaintiff's medical issues, and anticipate being able to complete it no later than February 26, 2010.

9   / / /

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
USDC NDCA Case # C-09-01228 EMC
498947.1

1    IT IS HEREBY STIPULATED by and between the parties hereto that the case

2    management conference be continued to March 31, 2010 at 2:30 p.m.

3    Date: December 16, 2009                    WILSON, ELSER, MOSKOWITZ,
                                                        EDELMAN & DICKER LLP
4

5                                               By:____/s/ Sean P. Nalty_____
                                                      SEAN P. NALTY
6                                                     Attorneys for Defendant
                                                      THE PERMANENTE MEDICAL GROUP
7                                                     INC'S LONG TERM DISABILITY PLAN
                                                      and Real Party in Interest
8                                                     LIFE INSURANCE COMPANY OF
                                                      NORTH AMERICA
9

10   Date: December 16, 2009                    LAW OFFICES OF LAURENCE F. PADWAY

11

12

13                                              By:____/s/ Laurence Padway_____
                                                      LAURENCE PADWAY
14                                                    Attorney for Plaintiff
                                                      NAOMI TORGERSEN, M.D.
15

16                                           **ORDER**

17        Good cause appearing therefore, IT IS HEREBY ORDERED that the case management
     conference will be continued to March 31, 2010. at 2:30 p.m.  An updated joint CMC statement
18                                           shall be filed by March 24, 2010.

19   Date:_____12/17/09_____      By:_____
20                                            HONORABLE EDWARD M. CHEN
                                              United States Magistrate Judge
21

22                                        IT IS SO ORDERED
                                          AS MODIFIED
23

24                                        Judge Edward M. Chen

25

26

27

28
                                             3
     **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
     USDC NDCA Case # C-09-01228 EMC
     498947.1

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on December 16, 2009, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-

4

mail addresses denoted on the Electronic Mail Notice List.

5

I certify under penalty of perjury under the laws of the United States of America that the

6

foregoing is true and correct.  Executed on December 16, 2009.

7

8

<u>/s/ *Shivani Nanda*</u>

SHIVANI NANDA

9

10

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

11

525 Market Street, 17th Floor
San Francisco, California  94105

12

Tel:     (415) 433-0990
Fax:    (415) 434-1370

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
USDC NDCA Case # C-09-01228 EMC
498947.1