1  SEAN P. NALTY (SBN 121253)
   WILSON, ELSER, MOSKOWITZ,
2    EDELMAN & DICKER LLP
   525 Market Street, 17th Floor,
3  San Francisco, CA 94105-2725
   Telephone: 415.433.0990
4  Facsimile: 415.434.1370

5  Attorneys for Defendant
   THE PERMANENTE MEDICAL GROUP, INC'S LONG
6  TERM DISABILITY PLAN,
   and Real Party in Interest
7  LIFE INSURANCE COMPANY OF NORTH AMERICA

8
   LAURENCE F. PADWAY (SBN 89314)
9  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
10 Alameda, California 94501
   Telephone: (510)814-0680
11 Facsimile : (510)814-0650

12 Attorneys for Plaintiff
   NAOMI TORGERSEN, M.D.

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 NAOMI TORGERSEN, M.D.         ) Case No. C-09-01228 EMC
                                 )
17         Plaintiff,            )
                                 ) STIPULATION OF THE PARTIES RE:
18    v.                         ) BRIEFING SCHEDULE IN THIS
                                 ) MATTER  ; ORDER
19 THE PERMANENTE MEDICAL GROUP, INC.'S )
   LONG TERM DISABILITY PLAN,    )
20                               )
           Defendant.            ) Honorable Edward M. Chen
21 _____)
                                 )
22 LIFE INSURANCE COMPANY OF NORTH )
   AMERICA,                      )
23                               )
        Real Parties in Interest.)
24 _____)

25

26

27

28                              1
   STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE IN THIS MATTER
   USDC NDCA Case # C-09-01228 EMC
   541197.1

A. **Pertinent Facts**

Plaintiff, Naomi Torgersen, M.D., ("plaintiff"), defendant The Permanente Medical Group Inc. Long Term Disability Plan, and Real Party in Interest Life Insurance Company of North America ("defendants") (collectively, "the parties"), through their counsel of record, hereby stipulate to the following:

A Case Management Conference was held in this matter on March 31, 2010 before the Honorable Magistrate Judge Edward M. Chen. During the conference, the parties set a briefing schedule to file motions for summary judgment in the event that the remaining issues in this matter were not resolved informally. Since that time, the parties have been trying to negotiate a resolution of this matter and have had to address factual issues that have taken more time than anticipated.

The briefing for the parties' summary judgment motions currenly must be filed on June 7, 2010 for the July 12, 2010 hearing date. Because of the continued efforts to try to resolve this matter, and the delays caused by trying to obtain needed information, the parties respectfully request, through the stipulation below, a modification to the briefing schedule in this action so that the motions for summary judgment can be filed on or before July 19, 2010 with a hearing date of August 23, 2010 or as soon thereafter as the Court can hear the motion.

B. **The Stipulation**

Accordingly, based on the facts set forth below, the parties hereby stipulate that the briefing schedule in this matter can be modified as follows: That the parties summary judgment motions, which currently must be filed by June 12, 2010, can now be filed on or before July 19, 2010 and that the hearing date for this motion, which is currently July 12, 2010, is moved to August 23, 2010 or the first available date for the Court consistent with this briefing Schedule.

IT IS SO STIPULATED.

Date: June 2, 2010

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

        By: /s/ *Sean P. Nalty*
           SEAN P. NALTY
           Attorneys for Defendant

2

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE IN THIS MATTER
USDC NDCA Case # C-09-01228 EMC
541197.1

|   |   |
|---|---|
| 1 | THE PERMANENTE MEDICAL GROUP INC'S LONG TERM DISABILITY PLAN and Real Party in Interest LIFE INSURANCE COMPANY OF NORTH AMERICA |
| 2 | Date: June 2, 2010 |
| 3 | LAW OFFICES OF LAURENCE F. PADWAY |
| 4 | By: /s/ Laurence Padway |
| 5 | LAURENCE PADWAY<br>Attorney for Plaintiff |
| 6 | NAOMI TORGERSEN, M.D. |

### ORDER

Based on the stipulation of the parties, and GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the parties summary judgment motions, which currently must be filed by June 12, 2010, can now be filed on or before July ~~19~~ 21, 2010 and that the hearing date for this motion, which is currently July 12, 2010, is now set for August 25, 2010 at 10:30 a.m. Replies to opposition shall be filed by August 11, 2010.

IT IS SO ORDERED.

Date: 6/3/10

By: _____
HONORABLE EDWARD M. CHEN
United States Magistrate Judge

**IT IS SO ORDERED AS MODIFIED**
/s/ Judge Edward M. Chen

---

3
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE IN THIS MATTER
USDC NDCA Case # C-09-01228 EMC
541197.1