| | |
|---|---|
| 1 | SEAN P. NALTY (SBN 121253) |
|   | WILSON, ELSER, MOSKOWITZ, |
| 2 |    EDELMAN & DICKER LLP |
|   | 525 Market Street, 17th Floor, |
| 3 | San Francisco, CA 94105-2725 |
|   | Telephone: 415.433.0990 |
| 4 | Facsimile: 415.434.1370 |
| 5 | Attorneys for Defendant |
|   | THE PERMANENTE MEDICAL GROUP, INC'S LONG |
| 6 | TERM DISABILITY PLAN, |
|   | and Real Party in Interest |
| 7 | LIFE INSURANCE COMPANY OF NORTH AMERICA |
| 8 |   |
|   | LAURENCE F. PADWAY (SBN 89314) |
| 9 | LAW OFFICES OF LAURENCE F. PADWAY |
|   | 1516 Oak Street, Suite 109 |
| 10 | Alameda, California 94501 |
|   | Telephone: (510)814-0680 |
| 11 | Facsimile : (510)814-0650 |
| 12 | Attorneys for Plaintiff |
|   | NAOMI TORGERSEN, M.D. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAOMI TORGERSEN, M.D. | ) | Case No. C-09-01228 EMC |
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) | **STIPULATION OF THE PARTIES RE:** |
| v. | ) | **BRIEFING SCHEDULE IN THIS** |
|   | ) | **MATTER; PROPOSED ORDER** |
| THE PERMANENTE MEDICAL GROUP, INC.'S | ) |   |
| LONG TERM DISABILITY PLAN, | ) |   |
|   | ) |   |
| Defendant. | ) | Honorable Edward M. Chen |
| _____ | ) |   |
|   | ) |   |
| LIFE INSURANCE COMPANY OF NORTH | ) |   |
| AMERICA, | ) |   |
|   | ) |   |
| Real Parties in Interest. | ) |   |
| _____ | ) |   |

1

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE IN THIS MATTER**
USDC NDCA Case # C-09-01228 EMC
541197.1

### A. Pertinent Facts

Plaintiff, Naomi Torgersen, M.D., ("plaintiff"), defendant The Permanente Medical Group Inc. Long Term Disability Plan, and Real Party in Interest Life Insurance Company of North America ("defendants") (collectively, "the parties"), through their counsel of record, hereby stipulate to the following:

A Case Management Conference was held in this matter on March 31, 2010 before the Honorable Magistrate Judge Edward M. Chen. During the conference, the parties set a briefing schedule to file motions for summary judgment in the event that the remaining issues in this matter were not resolved informally. The briefing for the parties' summary judgment motions currently must be filed on July 21, 2010 for the August 25, 2010 hearing date.

On Monday, July 19, 2010, the parties learned that plaintiff had received Social Security Disablity benefits. The parties are investigating this issue. This issue should impact the ongoing settlement negotiations in a positive matter and will impact the content of the briefing in this matter. Although the parties have requested several continuances in the briefing schedule, the time has been spent in efforts to try to resolve this matter and given more time, the parties believe that more productive settlement discussions will take place.

Because of the continued efforts to try to resolve this matter, and the delays caused by trying to obtain needed information, the parties respectfully request, through the stipulation below, a modification to the briefing schedule in this action so that the motions for summary judgment can be filed on or before August 18, 2010 with a hearing date of September 29, 2010 or as soon thereafter as the Court can hear the motion.

### B. The Stipulation

Accordingly, based on the facts set forth below, the parties hereby stipulate that the briefing schedule in this matter can be modified as follows: That the parties summary judgment motions, which currently must be filed by July 21, 2010 can now be filed on or before August 18, 2010 and that the hearing date for this motion, which is currently August 25, 2010, is moved to September 29, 2010 or the first available date for the Court consistent with this briefing Schedule.

1   IT IS SO STIPULATED.
2   Date: July 19, 2010
3               WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
4
5               By: /s/ *Sean P. Nalty*
                    SEAN P. NALTY
                    Attorneys for Defendant
6                   THE PERMANENTE MEDICAL GROUP INC'S LONG
                    TERM DISABILITY PLAN and Real Party in Interest
7                   LIFE INSURANCE COMPANY OF NORTH AMERICA
    Date: July 19, 2010
8               LAW OFFICES OF LAURENCE F. PADWAY
9
                By: /s/ *Laurence Padway*
10                  LAURENCE PADWAY
                    Attorney for Plaintiff
11                  NAOMI TORGERSEN, M.D.

### ORDER

Based on the stipulation of the parties, and GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the parties summary judgment motions, which currently must be filed by July 21, 2010, can now be filed on or before August 18, 2010 and that the hearing date for this motion, which is currently August 25, 2010, is now set for September 29, 2010.

IT IS SO ORDERED.

Date: 7/20/10        By: _____
                         HON. EDWARD M. CHEN
                         United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

---
3
**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE IN THIS MATTER**
USDC NDCA Case # C-09-01228 EMC
541197.1

**CERTIFICATE OF SERVICE**
*Naomi Torgersen, M.D. v. Life Insurance Company of North America; et al.*
*USDC NDCA Case #C09-01228 EMC*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION OF THE PARTIES RE: BRIEFING SCHEDULE IN THIS MATTER; [Proposed] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐ : **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ : **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ : **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐ : **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒ : **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

LAURENCE F. PADWAY, #89314
**LAW OFFICES OF LAURENCE F. PADWAY**
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650
Attorneys for Plaintiff
NAOMI TORGERSEN, M.D.

2
CERTIFICATE OF SERVICE
CASE NO.: C09-01228 EMC
430866.1

1  　　　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

2  　　　EXECUTED on July 19, 2010 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Stacey Muller

3
CERTIFICATE OF SERVICE

CASE NO.: C09-01228 EMC
430866.1