1 | SEAN P. NALTY  (SBN #121253)
DENNIS J. RHODES  (SBN 168417)
2 | WILSON, ELSER, MOSKOWITZ,
    EDELMAN& DICKER LLP
3 | 525 Market Street, 17th Floor
San Francisco, CA  94105
4 | Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
Life Insurance Company of
North America

Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
         Naomi Torgersen, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAOMI TORGERSEN, .M.D.,

         Plaintiff,
     vs.

THE PERMANENTE MEDICAL
GROUP, INC.'S LONG TERM
DISABILITY PLAN,

         Defendant.
_____/

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

         Real Parties in Interest.
_____/

No. C09-01228 EMC

JOINT CASE MANAGEMENT
STATEMENT   ; ORDER RESETTING
CMC

Date: November 10, 2010
Time: 2:30 p.m.
Courtroom: C, 15th Floor

Judge Edward M. Chen

         Plaintiff Naomi Torgersen, M.D. (plaintiff"), defendant The Permanente Medical

Joint Case Management Statement             1

Group, Inc.'s Long Term Disability Plan, and Real Party in Interest Life Insurance Company of North America hereby submit the following Joint Case Management Statement pursuant to Civil Local Rule 16-9.

This case is now settled. The final settlement documentation is circulating for signatures. The parties anticipate filing a request for dismissal prior to the Case Management Conference.

Date:  November 3, 2010     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:    /s/ Sean P. Nalty
SEAN P. NALTY
DENNIS J. RHODES
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: November 3, 2010     LAW OFFICES OF LAURENCE F. PADWAY

By:    /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorney for Plaintiff
NAOMI TORGERSEN, M.D.

IT IS HEREBY ORDERED that the case management conference set for 11/10/10 at 2:30 p.m. is reset for 11/24/10 at 2:30 p.m.  This hearing will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Joint Case Management Statement                                        2