SEAN P. NALTY (SBN #121253)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendant
Life Insurance Company of
North America

Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
    Naomi Torgersen, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI TORGERSEN, .M.D., | No. C09-01228 EMC |
| Plaintiff, | STIPULATION TO DISMISS AND [proposed] ORDER OF DISMISSAL |
| vs. | |
| THE PERMANENTE MEDICAL GROUP, INC.'S LONG TERM DISABILITY PLAN, | |
| Defendant. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Real Parties in Interest. | |

Stipulation for Dismissal                                         1

1    Whereas, all parties to this case hereby stipulate that it be resolved and settled in
2 accordance with the terms of the "Confidential Release" which has an "effective date" of September
3 1, 2010, and which has been signed by the parties and/or their authorized agents,
4
5    Now, therefore, the parties having stipulated that each of them is bound by the terms
6 of the "Confidential Release," the parties further stipulate that this case be dismissed, with prejudice,
7 each party to bear its own costs and fees.
8
9
10 Date: November 16, 2010              WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                        DICKER LLP
11
                                        By:    /s/ Sean P. Nalty
12                                      SEAN P. NALTY
                                        DENNIS J. RHODES
13                                      Attorneys for Defendant
                                        LIFE INSURANCE COMPANY OF NORTH
14                                      AMERICA
15
   Date: November 3, 2010               LAW OFFICES OF LAURENCE F. PADWAY
16
17                                      By:    /s/ Laurence F. Padway
                                        LAURENCE F. PADWAY
18                                      Attorney for Plaintiff
                                        NAOMI TORGERSEN, M.D.
19
20                                      [~~proposed~~]
21                                      **ORDER OF DISMISSAL**
22    Good cause appearing, it is ordered that this case be, and it is hereby, dismissed, in its
23 entirety, and with prejudice.
24
       November __, 2010
25
26
       Hon. Ed[ward M. Chen]
27     United S[tates District Judge]
28

   *IT IS SO ORDERED*
   Judge Edward M. Chen
   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

Stipulation for Dismissal

# CERTIFICATE OF SERVICE
*Naomi Torgersen, M.D. v. Life Insurance Company of North America; et al.*
*USDC NDCA Case #C09-01228 EMC*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION TO DISMISS AND [Proposed] ORDER OF DISMISSAL**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐ : **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ : **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ : **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐ : **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒ : **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

| LAURENCE F. PADWAY, #89314<br>**LAW OFFICES OF LAURENCE F. PADWAY**<br>1516 Oak Street, Suite 109<br>Alameda, California 94501 | Telephone: (510)814-0680<br>Facsimile: (510)814-0650<br>Attorneys for Plaintiff<br>NAOMI TORGERSEN, M.D. |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. EXECUTED on November 16, 2010 at San Francisco, California.

*/s/ Stacey Muller*
Stacey Muller

2
CERTIFICATE OF SERVICE

CASE NO.: C09-01228 EMC
430866.1